UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SHAWN COLLINS,                              )
                                            )
                    Plaintiff,              )
vs.                                         )         Cause No. 3:21-cv-00470
                                            )
FAST CAB, INC.,                             )
                                            )
                    Defendant.              )

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Shawn Collins, for his Complaint against Defendant Fast Cab, Inc., states as follows:

## PARTIES, JURISDICTION, AND VENUE

1.      Plaintiff Shawn Collins ("Plaintiff") is an individual residing in Warsaw, Kosciusko County, Indiana.

2.      Defendant Fast Cab, Inc. ("Defendant") is a corporation that has its principal place of business in Warsaw, Kosciusko County, Indiana.

3.      Under the circumstances, the Court has personal jurisdiction over the parties.

4.      Because the Plaintiff alleges claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 203, and the Families First Coronavirus Response Act ("FFCRA"), the Court also has subject matter jurisdiction over this case.

5.      Because all the relevant events occurred in the Northern District of Indiana, this case is brought in the proper venue.

## FACTUAL BACKGROUND AND CLAIMS

1.      Plaintiff worked for Defendant in the fall of 2020, primarily performing maintenance on vehicles.

2.      Plaintiff regularly worked more than 40 hours a week.

3.      During the weeks that Plaintiff worked more than 40 hours, he was entitled to overtime pay under the FLSA, and also under Indiana's overtime statute.

4.      Defendant did not pay Plaintiff an overtime premium during any of the weeks he exceeded 40 hours of work.

5.      In fact, Defendant failed to pay Plaintiff anything for the hours he worked over 40 hours each week.

6.       Defendant's failure to pay Plaintiff an overtime premium, as well as for his hours above 40 hours a week, violated the Fair Labor Standards Act ("FLSA") and Indiana law.

7.      In addition, while employed with the Defendant, Plaintiff was instructed to quarantine by a physician and by governmental edict, due to a positive COVID test by a close family member who resided with him.

8.      When Plaintiff notified Defendant of his need for quarantine, he was summarily fired.

9.      Defendant's termination of Plaintiff's employment was retaliatory and violated Plaintiff's rights under the Families First Coronavirus Response Act ("FFCRA") and other applicable law.

10.     In fact, under the FFCRA, Plaintiff should have been granted paid leave during the period of his quarantine.

11.     As a result of Defendant's actions, Plaintiff has been damaged.

WHEREFORE, Plaintiff Shawn Collins, by counsel, respectfully requests that this Court enter judgment against Fast Cab, Inc. for compensatory, liquidated, and punitive damages, attorney's fees, and all other just and proper relief.

## **JURY DEMAND**

Shawn Collins hereby demands a jury trial on all issues so triable.


                         **BECKMAN LAWSON, LLP**

By:    /s/ *Matthew J. Elliott*
          Matthew J. Elliott, #21242-02
          Megan M. Torres, #31540-02
          201 West Wayne Street
          Fort Wayne, IN 46802
          Telephone: (260) 422-0800
          ATTORNEYS FOR PLAINTIFF