# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

SHAWN COLLINS

      Plaintiff

  v.

                                                          Civil Action No.  3:21-cv-470

FAST CAB INC

      Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____
recover costs from the plaintiff _____.

__X__ Other:  This case is DISMISSED WITH PREJUDICE pursuant to the joint stipulation of dismissal and Fed. R. Civ. P. 41(a)(1)(A)(ii).

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

__X__ decided by Judge Robert L. Miller, Jr. on a Joint Stipulation for Dismissal with Prejudice.

DATE: 8/23/2021                    GARY T. BELL, CLERK OF COURT

                                                    by   s/ M. Murray_____
                                                    *Signature of Clerk or Deputy Clerk*